UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:08CR00655 HEA (FRB) |
| | ) | |
| PIERRE WATSON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on Defendant's motion for bond to be set and detention reconsidered [Doc. # 17], filed on December 18, 2008. In his motion, Defendant states that his mother is willing to post the equity she has in her home, which is in excess of $100,000, and that Defendant's parents would both serve as third-party custodians if Defendant were released on bond. The government has opposed Defendant's motion, reiterating many of the matters addressed at the initial hearing, but also noting that since Defendant's arrest, the government has discovered evidence and information suggesting that on or about the date of his arrest, Defendant was involved in a scheme involving the possession and passing of counterfeit currency. The government has also stated, in response to this Court's directive that the parties also provide any information related to the prior criminal convictions as to which Defendant previously objected, that it has found no evidence to suggest that the criminal history information contained in the Pretrial Services Report ("PSR") is inaccurate. The pretrial services officer has also advised the Court that the criminal history contained in the PSR appears

to be accurate and to pertain to Defendant.  Defendant provided no further information regarding his criminal history.

After careful review of the matter, the Court finds that the further information proffered by Defendant is not sufficient to cause this Court to reconsider its prior Order of pretrial detention.  As stated in this Court's prior Order, Defendant has a substantial criminal history, a history of committing new offenses while on probation or parole for prior offenses, a history of absconding from supervision, and is alleged to have committed the instant offense while an absconder from parole related to multiple prior convictions.  There is now evidence that Defendant was in possession of counterfeit currency at the time of his arrest and that he may have been involved in a scheme involving others to pass counterfeit currency.  While the Court credits the offer by Defendant's parents to serve as third-party custodians, the Court notes that Defendant resided with his mother for the majority of his life, during which time Defendant committed the offenses and repeatedly violated the terms of his probation and parole, as recited in the PSR.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's motion for bond to be set and detention reconsidered [Doc. # 17] is **DENIED**.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 29th day of December, 2008.